UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.  14-0144-02 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| OTIS FRANKENLL JR | * | MAG. JUDGE KAREN L. HAYES |

**REPORT AND RECOMMENDATION ON**
**FELONY GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE**

Pursuant to Title 28, United States Code, Section 636(b), and with the written and oral consent of the defendant, this matter has been referred by the District Court for administration of Guilty Plea, and Allocution under Rule 11 of the Federal Rules of Criminal Procedure.

This cause came before the undersigned U. S. Magistrate Judge for a change of plea hearing and allocution of the defendant, Otis Frankenll, Jr., on March 24, 2015.  Defendant was present with his counsel, Ms. Shelley Goff.

After said hearing, it is the finding of the undersigned that the defendant is fully competent, that his plea of guilty is knowing and voluntary, and his guilty plea to Count Four of the Indictment is fully supported by a written factual basis for each of the essential elements of the offense.

In addition, both the government and the defendant have waived their right to object to the report and recommendation.  Accordingly,

IT IS RECOMMENDED that the District Court ACCEPT the guilty plea of the defendant, Otis Frankenll, Jr., in accordance with the terms of the plea agreement filed in the record of these proceedings, and that Otis Frankenll, Jr. be finally adjudged guilty of the offense

charged in Count Four of the Indictment.

 IT IS FURTHER RECOMMENDED that, pursuant to the parties' waiver of their right to object, that the District Court immediately adopt the report and recommendation without passage of the customary delays.

 In Chambers, at Monroe, Louisiana, this 24th day of March 2015.

                _____
                KAREN L. HAYES
                UNITED STATES MAGISTRATE JUDGE