UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 14-0144-02 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| OTIS FRANKENLL JR. | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of Defendant Otis Frankenll, Jr., and adjudges him guilty of the offense charged in Count 4 of the indictment against him.

IT IS FURTHER ORDERED that the pending Motion in Limine [Doc. No. 76] is DENIED as MOOT.

MONROE, LOUISIANA, this 24th day of March, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE